FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No.: 1

| Case No.: | 21-17675 | | Trustee Name: | Kenneth A. Welt |
| --- | --- | --- | --- | --- |
| Case Name: | ROBERTS, JOAN | | Date Filed (f) or Converted (c): | 08/05/2021 (f) |
| For the Period Ending: | 12/31/2021 | | §341(a) Meeting Date: | 09/02/2021 |
| | | | Claims Bar Date: | 12/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 5915 NW 14th St. Fort Lauderdale FL 33313-0000 | $230,460.00 | $0.00 | OA | $0.00 | FA |
| 2 | 5950 Del Lago Circle #302 Sunrise, FL 33313 | $67,890.00 | $25,000.00 | | $0.00 | $25,000.00 |
| Asset Notes: | Amended description on DE #19. | | | | | |
| 3 | 2017 Hyundai Tuscon | $16,249.00 | $0.00 | OA | $0.00 | FA |
| 4 | Bedroom 1: One bed, two night stands, one dresser, one TV. | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Bedroom 2: One bed, two night stands, one dresser, one TV. | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Bedroom 3: One bed, two night stands, one dresser, one TV. | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Kitchen: Miscellaneous kitchenware, one refridgerator, one stove, one coffee pot, one microwave, and one dishwasher. | $250.00 | $0.00 | | $0.00 | FA |
| 8 | Dining Room: One table and four chairs | $25.00 | $0.00 | | $0.00 | FA |
| 9 | Living Room: One sofa, one coffee table, two end tables, one TV stand and one TV | $150.00 | $0.00 | | $0.00 | FA |
| 10 | One cell phone and one computer | $50.00 | $0.00 | | $0.00 | FA |
| 11 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Removed asset Checking Priority One Acct #1003 on Amended DE#19. | | | | | |
| 12 | Checking Bank of America Acct #2822 | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Broward Healthcare Federal Credit Union Acct #161   (u) | $3,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Amended DE#19. | | | | | |
| 14 | Rent received from 5950 Del Largo Circle #302 Sunrise, FL  33313 | $2,600.00 | $6,500.00 | | $6,500.00 | FA |
| 15 | Vacant lot Jupiter Circle in Chipley Florida 32428   (u) | $2,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Amended DE#65. | | | | | |
| 16 | Used Clothing   (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Amended DE#65 | | | | | |
| 17 | Costume Jewelry & watch - 1 gold chain necklace, 1 gold ring with brown stone, 1 gold ring with purple stone   (u) | $120.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 2

| Case No.: | 21-17675 | | Trustee Name: | Kenneth A. Welt |
| Case Name: | ROBERTS, JOAN | | Date Filed (f) or Converted (c): | 08/05/2021 (f) |
| For the Period Ending: | 12/31/2021 | | §341(a) Meeting Date: | 09/02/2021 |
| | | | Claims Bar Date: | 12/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Asset Notes: Amended DE#65. | | | | | |
| 18  Priority One Credit Union Savings Acct  (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Amended DE#65. | | | | | |
| 19  401k Valic retirement through employment  (u) | $25,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Amended DE#65 | | | | | |
| 20  FPL Security deposit  (u) | $75.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Amended DE#65 | | | | | |
| 21  Foresters Financial Term Life Policy $10,000  (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Amended DE#65. | | | | | |
| 22  Potential malpractice action against Paul E. Gifford Esq.  (u) | Unknown | Unknown | | $0.00 | Unknown |
| Asset Notes: Amended DE#65 | | | | | |
| 23  Debtor gave a $2000 dep to Aaron Douglas at 3D Bldrs for roof repairs. The repairs were never started nor funds returned. Debtor filed a lawsuit but it was dismissed. COWE 20-0000628(81)  (u) | $2,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Amended DE#65 | | | | | |
| 24  Claim against 3D builders Inc. for deposit made for roof repairs but no work done.  (u) | $2,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Amended DE#65. | | | | | |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

| | $352,669.00 | $31,500.00 | | $6,500.00 | $25,000.00 |

**Major Activities affecting case closing:**

12/31/2021  Trustee selling property at 5950 Del Largo Circle; Trustee through his counsel is investigating Debtor's malpractice action against the Law Office of Paul E. Gifford to ascertain if there is a value to the estate; Trustee reviewed case status. (LT)

Initial Projected Date Of Final Report (TFR):  06/30/2023     Current Projected Date Of Final Report (TFR): 06/30/2023     /s/ KENNETH A. WELT

KENNETH A. WELT

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 21-17675 | | Trustee Name: | Kenneth A. Welt |
| --- | --- | --- | --- | --- |
| Case Name: | ROBERTS, JOAN | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7123 | | Checking Acct #: | ******7501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Joan Roberts |
| For Period Beginning: | 01/01/2021 | | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 12/31/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/12/2021 | (14) | Eric Ferreris | Per Order dated 10/4/21, DE#42. Rent Received | 1122-000 | $300.00 | | $300.00 |
| 10/12/2021 | (14) | Eric Ferreris | Per Order dated 10/4/21, DE#42. Rent Received | 1122-000 | $1,000.00 | | $1,300.00 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.32 | $1,298.68 |
| 11/02/2021 | (14) | Eric Fermres | Per Order dated 10/4/21, DE#42. Rent Received | 1122-000 | $200.00 | | $1,498.68 |
| 11/02/2021 | (14) | Eric Ferrars | Per Order dated 10/4/21, DE#42. Rent Received | 1122-000 | $1,000.00 | | $2,498.68 |
| 11/02/2021 | (14) | Eric Ferraris | Per Order dated 10/4/21, DE#42. Rent Received | 1122-000 | $100.00 | | $2,598.68 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $3.99 | $2,594.69 |
| 12/08/2021 | (14) | Eric Ferreris | Per Order dated 10/4/21, DE#42. Rent Received | 1122-000 | $1,000.00 | | $3,594.69 |
| 12/08/2021 | (14) | Eric Ferreris | Per Order dated 10/4/21, DE#42. Rent Received | 1122-000 | $300.00 | | $3,894.69 |
| 12/08/2021 | (14) | Joan Roberts | Per Order dated 10/4/21, DE#42. Rent Received | 1122-000 | $2,600.00 | | $6,494.69 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.05 | $6,485.64 |

**SUBTOTALS** $6,500.00   $14.36

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | |  | |
|---|---|---|---|
| **Case No.** | 21-17675 | **Trustee Name:** | Kenneth A. Welt |
| **Case Name:** | ROBERTS, JOAN | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***7123 | **Checking Acct #:** | ******7501 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Joan Roberts |
| **For Period Beginning:** | 01/01/2021 | **Blanket bond (per case limit):** | $53,950,000.00 |
| **For Period Ending:** | 12/31/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | |
|---|---|---|---|---|
| | | **TOTALS:** | $6,500.00 | $14.36 | $6,485.64 |
| | | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | | **Subtotal** | $6,500.00 | $14.36 | |
| | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | **Net** | $6,500.00 | $14.36 | |

| **For the period of 01/01/2021 to 12/31/2021** | | **For the entire history of the account between 10/07/2021 to 12/31/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,500.00 | Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 | Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14.36 | Total Compensable Disbursements: | $14.36 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.36 | Total Comp/Non Comp Disbursements: | $14.36 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | |  | |
|---|---|---|---|
| Case No. | 21-17675 | Trustee Name: | Kenneth A. Welt |
| Case Name: | ROBERTS, JOAN | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7123 | Checking Acct #: | ******7501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Joan Roberts |
| For Period Beginning: | 01/01/2021 | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 12/31/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $6,500.00 | $14.36 | $6,485.64 |

| For the period of 01/01/2021 to 12/31/2021 | | For the entire history of the account between 10/07/2021 to 12/31/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,500.00 | Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 | Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14.36 | Total Compensable Disbursements: | $14.36 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.36 | Total Comp/Non Comp Disbursements: | $14.36 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ KENNETH A. WELT

KENNETH A. WELT